# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WILLIE RAY HARRIS
ADC #067957                                                                                                PLAINTIFF

V.                                   5:05CV00051 WRW/JTR

SHIRLEY OWNEY, Sgt.,
Maximum Security Unit,
Arkansas Department of Correction, et al.                                                  DEFENDANTS

## ORDER

Plaintiff, who is currently incarcerated at the East Arkansas Regional Unit of the Arkansas Department of Correction, has filed this *pro se* § 1983 action alleging that Defendants violated his constitutional rights while he was incarcerated at the Maximum Security Unit. *See* docket entry #2.

On August 16, 2005, the Court entered an Order directing Plaintiff to file a statement indicating whether Defendant "J. Stell" (who has not been served) and Defendant "Juanita Stell" (who has been served) are the same person. *See* docket entry #34. Plaintiff has timely filed a Response indicating that they are, in fact, the same person. *See* docket entry #43. Accordingly, the Clerk's Office is directed to remove "Defendant J. Stell" from the caption of this case and to make any other docket entries necessary to reflect that "Defendant J. Stell" is not a party to this action.

IT IS SO ORDERED this 22nd day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE