**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIE RAY HARRIS
ADC #067957                                                                                                          PLAINTIFF

V.                                          5:05CV00051 WRW/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                                         DEFENDANTS

**ORDER**

The Clerk's Office has informed the Court that the parties in this § 1983 action have filed discovery requests and responses in the official file maintained in this action. *See* docket entries #9, #18, and #41. The Court wishes to remind the parties that discovery requests and responses are NOT to be filed with the Court – and, instead, should be sent DIRECTLY to the opposing counsel or *pro se* litigant, along with a certificate of service. *See* Fed. R. Civ. P. 5(d) (providing that "the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: (1) depositions, (ii) interrogatories, (iii) requests for documents or to permit entry upon the land, and (iv) requests for admissions") (emphasis added); Local Rule 5.5(c)(2) (stating that "[a]ny party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure"). In contrast, Motions to Compel and/or for Sanctions, pursuant to Fed. R. Civ. P. 37, and any necessary attachments will be accepted for filing.

IT IS THEREFORE ORDERED THAT the Clerk shall REFRAIN from docketing any future: (1) depositions; (2) interrogatories; (3) requests for documents or to permit entry upon the land; (4) requests for admissions; or (5) response thereto.

Dated this 28th day of September, 2005.

                                                                                           _____
UNITED STATES MAGISTRATE JUDGE