**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIE RAY HARRIS
ADC #067957                                                                                              PLAINTIFF

V.                                    5:05CV00051 WRW/JTR

SHIRLEY OWNEY, Sgt.,
Maximum Security Unit,
Arkansas Department of Correction, et al.                                                 DEFENDANTS

**ORDER**

The ADC Defendants and the CMS Defendants have filed separate Motions requesting permission to depose Plaintiff, who is currently incarcerated at the East Arkansas Regional Unit of the Arkansas Department of Correction. *See* docket entries #53 through #55. Federal Rule of Civil Procedure 30(a)(1) provides, in pertinent part, that: "A party must obtain leave of court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if the person to be examined is confined in prison . . . ." For good cause shown, the Motions will be granted.

IT IS THEREFORE ORDERED THAT the ADC Defendants' Motion to Depose Plaintiff (docket entry #53) and the CMS Defendants' Motion to Depose (docket entry #55) are GRANTED.

Dated this 21st day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE