**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


WILLIE RAY HARRIS
ADC #067957                                                                                          PLAINTIFF

V.                                          5:05CV00051 JTR

SHIRLEY OWNEY, Sergeant, Maximum
Security Unit; and RICHARD CLARK,
CO-II, Maximum Security Unit                                                        DEFENDANTS


**<u>JUDGMENT</u>**

Pursuant to an oral Motion made at the close of Plaintiff's case-in-chief during a jury trial

on December 4, 2007, Judgment As a Matter of Law is hereby GRANTED in favor of separate

Defendant Shirley Owney and all of Plaintiff's claims against her are hereby DISMISSED, WITH

PREJUDICE.   The jury trial will continue against remaining Defendant Richard Clark.

Dated this 5th day of December, 2007.


_____
UNITED STATES MAGISTRATE JUDGE