# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WILLIE RAY HARRIS
ADC #067957                                                                                        PLAINTIFF

V.                                            5:05CV00051 JTR

RICHARD CLARK,
CO-II, Maximum Security Unit                                                                       DEFENDANT

## JUDGMENT

Consistent with the jury verdict rendered on December 5, 2007, Judgment is entered in favor of separate Defendant Richard Clark, and all of Plaintiff's claims against him are hereby DISMISSED, WITH PREJUDICE.

Dated this 5th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE